UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

JAMES ANTHONY WILLIAMS,

    Plaintiff,

v.

STEPHEN SINCLAIR, et al.,

    Defendants.

Case No. C19-5183-RJB-TLF

ORDER DISMISSING PLAINTIFF'S COMPLAINT

The Court, having reviewed the Report and Recommendation of Judge Theresa L. Fricke, United States Magistrate Judge and the record, no objections to the report and recommendation having been filed, does hereby find and ORDER:

(1) The Court ADOPTS the Report and Recommendation (Dkt. 29);

(2) Plaintiff's motion to voluntarily dismiss his complaint (Dkt. 26) is GRANTED;

(3) The complaint is DISMISSED WITHOUT PREJUDICE;

(4) Other pending motions are DENIED as moot; and

(5) The Clerk is directed to provide a copy of this order to all parties.

Dated this 18th day of February, 2020.

*[signature: Robert J. Bryan]*

ROBERT J. BRYAN
United States District Judge